

**JARDINE**
ATTORNEYS AT LAW
**LOGAN &**
P.L.L.P.
**O'BRIEN**

September 13, 2012

Suite 100
8519 Eagle Point Boulevard
Lake Elmo, MN 55042

Firm   (651) 290-6500
Fax    (651) 223-5070

E-Mail
  jlolaw@jlolaw.com
Website
  www.jlolaw.com

Jill Clark
Attorney at Law
2005 Aquila Ave. No.
Golden Valley, MN 55427

John M. Kennedy, Jr.
Eugene J. Flick *
Charles E. Gillin *
Pierre N. Regnier
Mark A. Fonken *
George W. Kuehner
Patti J. Skoglund *
Timothy S. Crom *
Lawrence M. Rocheford *
James G. Golembeck *
Joseph E. Flynn *
Marlene S. Garvis *
Thomas L. Cummings
Leonard J. Schweich
Jessica E. Schwie

Thomas J. Misurek
Matthew P. Bandt *
Elisa M. Hatlevig *
Jason A. Koch
Darwin S. Williams
Mark K. Hellie *
Nancy M. Aboyan
Daniel M. Gallatin
Vicki A. Hruby
Michael P. Goodwin
Allison A. Walsh
Jamie L. Guderian
Brooke C. Swenson

Gerald M. Linnihan - Retired
Alan R. Vanasek - Retired

Some members also admitted
to practice law in Wisconsin*,
North Dakota, South Dakota,
and Iowa

Shannon Banaszewski
Administrator

Donald M. Jardine (1915-2005)
Jerre F. Logan (1923-1983)
John R. O'Brien (1928-2012)

Re:   ***Paul E. Hansen v. Viedols Muiznieks, et al.***
       Case No. 10-CV-4777 (SRN/SER)
       Our File:   37982 (872)

Dear Ms. Clark:

Per your request of September 13, 2012, enclosed please find paper copies of Defendants' motion papers (Docs. 21-25). These documents were properly filed and served via ECF on August 29, 2012. *See* D. Minn. L R 5.4.

Very truly yours,

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Michael P. Goodwin
Direct Dial: (651) 290-6541
E-mail Address: mgoodwin@jlolaw.com

MPG:me
Encl.

c:   Honorable Steven E. Rau (via ECF filing)

*Equal Opportunity Employer*