# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hansen, | Case No. 10-CV- 4777 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Viedols Muiznieks, in his individual capacity, in his official capacity, and as Responsible Authority for the City of Newport, Minnesota, Curt Montgomery, in his individual capacity, and Brian Domeier, in his individual capacity, | |
| Defendants. | |

This matter came on for hearing on September 21, 2012, before the Honorable Steven E. Rau at the United States District Court, District of Minnesota, Courtroom 3B, on Defendants' Motion to Compel [Doc. No. 21].

Joseph Flynn appeared on behalf of Defendants.

Jill Clark failed to appear on behalf of Plaintiff.

Based on all the files, records and proceedings, including the Memorandum of Law and the Affidavit of Michael Goodwin and the arguments of counsel, it is hereby ordered:

1. Plaintiff is ordered to provide complete responses to Defendants' written discovery requests within 10 days of the date of this order.

2

2. If Plaintiff fails to provide complete discovery responses by the above date, Plaintiff will be subject to sanctions under Rule 37 of the Federal Rules of Civil Procedure.

3. Defendants shall be awarded their costs in bringing this Motion, including reasonable attorney's fees in the amount of $750.

Dated: September 21, 2012                          *s/Steven E. Rau*
                                                   Steven E. Rau
                                                   U.S. Magistrate Judge